THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 DeWayne Moore, Appellant.
 
 
 

Appeal From Lexington County
  Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No.  2004-UP-602
 Submitted December 1, 2004  Filed December 3, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for 
 Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John 
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Dewayne Moore pled guilty to 
 second-degree burglary (violent), assault and battery of a high and aggravated 
 nature, and criminal domestic violence of a high and aggravated nature, pursuant 
 to North Carolina v. Alford, 400 U.S. 25 (1970).  He was sentenced to 
 fifteen years for burglary and ten years, concurrent, for each assault charge.  
 Moore appeals, arguing his guilty plea did not comply with the mandates set 
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel 
 for Moore has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there are no meritorious grounds for appeal and requesting 
 permission to withdraw from further representation.  Moore filed a pro 
 se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
ANDERSON, STILWELL, and SHORT, JJ., concur.

 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.